# In the United States Court of Federal Claims

**No. 06-293T**
**(Filed: June 15, 2006)**

* * * * * * * * * * * * * * * * *
*
**J. SCOTT KEY and SHELBY KEY,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

The parties joint motion for a suspension of proceedings and to transfer to the case to Judge Lawrence J. Block is **GRANTED**. Accordingly, the above-captioned case is **STAYED** and is **TRANSFERRED** to Judge Block.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge